Bernard P. Simons (SBN 41094)
REED SMITH LLP
1901 Avenue of The Stars, Suite 700
Los Angeles, California 90067
Telephone: 310.734.5263
Facsimile: 310.734.5299
E-mail: bsimons@reedsmith.com

Pavel Ekmekchyan (SBN 223222)
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
E-mail: pekmekchyan@reedsmith.com

Attorneys for Plaintiffs/Counter-Defendants
Warren Weiner and WFP Associates

(Complete list of counsel continued)

FILED
CLERK, U.S. DISTRICT COURT
SEP 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

WARREN WEINER, an individual and WFP ASSOCIATES, a Pennsylvania partnership,

Plaintiff,

vs.

TILLACK & COMPANY, LTD., a California corporation; STEVEN L. TILLACK, an individual; B.B.F.B., INC., a California corporation; JULIO PALMAZ, an individual; TRUSTEE OF THE AMALIA PALMAZ LIVING TRUST, a trust established in Texas; AUTOMOTIVE VENTURES, INC., a Georgia corporation dba THE GENERATION GAP; and DALE MILLER, an individual,

Defendants.

Case No.: CV05-8194 DSF (RCx)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW [JOINT ~~AND PROPOSED~~]**

TRUSTEE OF THE AMALIA PALMAZ LIVING TRUST, a trust established in Texas,

Counter-Claimant,

vs.

TILLACK & COMPANY, LTD., a California corporation; STEVEN L. TILLACK, an individual; B.B.F.B., INC., a California corporation; and DALE MILLER, an individual,

Counter-Defendants.

TRUSTEE OF THE AMALIA PALMAZ LIVING TRUST, a trust established in Texas,

Third Party Plaintiff,

vs.

MILLER HISTORIC MOTORCARS, INC., a Florida corporation,

Third Party Defendant.

Case No.: CV05-8194 DSF (RCx) - 2 -

JOINT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

(List of counsel continued)

Jason M. Davis (Admitted *Pro Hac Vice*)
Gretchen N. Scardino (Admitted *Pro Hac Vice*)
THOMPSON & KNIGHT LLP
98 San Jacinto Blvd, Suite 1900
Austin, Texas 78701
Telephone: 512.469.6100
Facsimile: 512.469.6180
E-mail: Jason.Davis@tklaw.com

Attorneys for Defendant, Counter-Claimant, Cross-Claimant, and Third Party Plaintiff Trustee of The Amalia Palmaz Living Trust

Edward S. Orchon (SBN 67039)
LAW OFFICES OF EDWARD S. ORCHON
P.O. Box 802221
Santa Clara, CA 91380
Telephone: 661.430.0292
E-mail: orchonlaw@aol.com

Rae Lamothe (SBN 175412)_
LAW OFFICE OF RAE LAMOTHE
2530 Wilshire Boulevard, 2nd Floor
Santa Monica, CA 90403
Telephone: 310.449.0052
E-mail: rae@homerunlawyers.com

Attorneys for Defendants Steven L. Tillack, Tillack & Co., Ltd., and B.B.F.B., Inc.

Plaintiffs Warren Weiner, WFP Associates, and Trustee of The Amalia Palmaz Living Trust (the "Trust") (collectively, "Plaintiffs"), and Defendants Steven L. Tillack, Tillack & Co., Ltd., and B.B.F.B., Inc. (collectively, the "Tillack Defendants"), hereby submit the following joint proposed findings of fact and conclusions of law:

## FINDINGS OF FACT

1. At all times from the date that this lawsuit was filed and continuing to the present, The Amalia Palmaz Living Trust has been a Texas trust.

2. At all times from the date that this lawsuit was filed and continuing to the present, Amalia Palmaz, the Trustee of The Amalia Palmaz Living Trust, has been a resident, domiciliary, and citizen of Texas.

3. At all times from the date that this lawsuit was filed and continuing to the present, Dr. Julio Palmaz has been a resident, domiciliary, and citizen of Texas.

4. The Porsche 550A-0104 (the "Porsche"), at issue in this lawsuit, which was purchased in 1987 by Warren Weiner from Donald Orosco and sold in November 2001 by B.B.F.B., Inc. to The Amalia Palmaz Living Trust, is genuine and authentic, and the same 550A-0104 that raced in the 1956 24 Hours of Le Mans. The engine, transmission, and other parts installed in the Porsche are also authentic.

5. The current fair market value of the Porsche, if fully restored, is greater than $2,000,000.00.

6. The Tillack Defendants intentionally, willfully, and maliciously defrauded the Trust during the November 2001 transaction.

7. The Tillack Defendants intentionally, willfully, and maliciously defrauded Warren Weiner and WFP in a scheme designed to permanently deprive Warren Weiner and WFP of the Porsche.

8. As a direct result of the Tillack Defendants' fraud and conversion, Warren Weiner and WFP Associates were required to incur attorneys' fees and expenses in order to protect their interests by bringing claims against the Tillack Defendants, Dr. Julio Palmaz, and the Trust, and by defending against the Trust's claims in the lawsuit.

9. As a direct result of the Tillack Defendants' fraud and conversion, the Trust was required to incur attorneys' fees and expenses in order to protect its interests by bringing claims against the Tillack Defendants, Warren Weiner, and WFP Associates, and by defending against Warren Weiner's and WFP's claims in the lawsuit.

10. The fair market value of the Porsche, together with the attorneys' fees and costs incurred by Plaintiffs, exceeds $3,000,000.00.

## Conclusions of Law

1. Diversity jurisdiction exists under 28 U.S.C. § 1332, as all parties are citizens of different states and the amount in controversy far exceeds $75,000.

2. The Court has subject matter jurisdiction over all claims asserted in the lawsuit.

3. The Tillack Defendants committed intentional, willful, and malicious fraud against Weiner and WFP.

4. The Tillack Defendants committed intentional, willful, and malicious fraud against the Trust.

5. The Tillack Defendants intentionally, willfully, and maliciously converted the Porsche.

6. The Tillack Defendants were unjustly enriched by the Trust's payment of $250,000 to purchase the Porsche, and by the Trust's payment of approximately $400,000 to the Tillack Defendants for restoration work performed on the Porsche.

7. B.B.F.B., Inc. breached the purchase agreement that it entered into with the Trust for the purchase of the Porsche.

8. The Tillack Defendants failed to convey good and clear title to the Porsche to the Trust, thereby breaching the warranty of good title.

9. The Tillack Defendants were acting as agents of each other at all times relevant to Plaintiffs' claims in this lawsuit.

10. At all times relevant to Plaintiffs' claims in this lawsuit, Defendants Steven Tillack, Tillack & Co., Ltd., and B.B.F.B., Inc. were alter egos, such that the separate corporate existence of Tillack & Co., Ltd. and B.B.F.B., Inc. should be

disregarded and Steven Tillack, Tillack & Co., Ltd., and B.B.F.B., Inc. are jointly and severally liable to Plaintiffs.

11. The Tillack Defendants conspired together to commit fraud and conversion against the Trust, Warren Weiner, and WFP; to breach the purchase agreement entered into with the Trust for the Porsche; and to breach the warranty of title for the Porsche.

12. Any Judgment that may be entered against The Tillack Defendants pursuant to the Stipulation for Entry of Judgment shall be non-dischargeable in any bankruptcy proceeding initiated by or against any or all of The Tillack Defendants.

DATED: September 23, 2008

Warren Weiner, WFP Associates, Plaintiffs/Counter/Defendants

DATED: September 23, 2008

Trustee of The Amalia Palmaz Living Trust, Defendants/Counter-claimants/Cross-claimants/Third Party Plaintiff

DATED: September 23, 2008

Tillack & Co., Ltd., Steven L. Tillack, and B.B.F.B., Inc., Defendants

**APPROVED AS TO FORM AND CONTENT:**

DATED: September 23, 2008

REED SMITH LLP

By [signature]

Bernard P. Simons
Pavel Ekmekchyan
Attorneys for Plaintiffs/Counter-Defendants Warren Weiner and WFP Associates and Defendants/Counter-claimants/Cross-claimants/Third Party Plaintiff Trustee of The Amalia Palmaz Living Trust

DATED: September 23rd, 2008

THOMPSON & KNIGHT LLP

By [signature]

Jason M. Davis
Gretchen N. Scardino
Attorneys for Defendant/Counter-claimant/Cross-claimant/Third Party Plaintiff Trustee of The Amalia Palmaz Living Trust and Plaintiffs/Counter-Defendants Warren Weiner and WFP Associates

DATED: September 23, 2008

LAW OFFICES OF EDWARD S. ORCHON

By [signature]

Edward S. Orchon
Attorneys for Defendants Tillack & Co., Ltd., Steven L. Tillack, and B.B.F.B., Inc.

**IT IS SO ORDERED:**

DATED: 9-23-08

[signature]

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE